JONES DAY

250 VESEY STREET • NEW YOR

TELEPHONE: +1.212.326.3

38

OM

The parties are not required to file pretrial materials by October 19, 2026. The Court will discuss the deadline for filing pretrial materials at the status conference scheduled for October 22, 2026.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 127.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 1, 2026

September

VIA ECF

Judge Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: Burgard v. International Business Machines Corp., No. 7:24-cv-02885-PMH

Dear Judge Halpern:

On behalf of Defendant International Business Machines Corporation ("Defendant"), I write to request confirmation from Your Honor that the parties are not presently required to prepare a Joint Pretrial Order in accordance with Rule 6(A) of the Your Honor's Individual Practices in Civil Cases.

It is Defendant's understanding that under Rule 6(A), parties before this Court are generally required to submit a proposed Joint Pretrial Order within thirty days after a decision on any dispositive motion, which in this instance would be October 19, 2026. In the Court's September 17, 2026 Opinion & Order, the Court did not specify whether this deadline was still in effect, but did schedule a status conference for October 22, 2026. In light of the upcoming status conference, Defendant does not believe that the Court has currently set any deadline for the Joint Pretrial Order, but out of an abundance of caution, Defendant respectfully requests that the Court confirm that the Joint Pretrial Order is not due on October 19, 2026.

In the alternative, Defendant respectfully requests that this deadline be stayed until a future deadline is set by the Court at or after the October 22, 2026 status conference. Defendant seeks this stay because further motion practice is anticipated by both parties and thus a Joint Pre-Trial Order would be premature.

Counsel for Plaintiff does not join this request because, under their interpretation of Your Honor's Individual Rules in Civil Cases, the September 17, 2026 Opinion & Order scheduled the parties for a status conference for October 22, 2026 and thus did not trigger a deadline for the Joint Pretrial Order filing and, thus, they believe the request to be unnecessary.

Should the Court determine that it is appropriate to confirm that no deadline for the Joint Pretrial Order is currently in place, or, in the alternative, stay the Joint Pretrial Order filing deadline

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

until a date to be set on or after the October 22, 2026 status conference, a "So Ordered" line is provided below for the Court's convenience.

Respectfully submitted,

*/s/ Matthew W. Lampe*
Matthew W. Lampe

cc: All Counsel of Record

IT IS SO ORDERED.

DATED: ____________________

________________________________________
Hon. Philip M. Halpern
United States District Court Judge